UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DONALD GILBERG, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| METLIFE, INC., *et al.*, | ) | |
| | ) | |
| Defendants/Third-Party Plaintiffs, | ) | Civil Case No. 09-1826 (RJL) |
| | ) | |
| v. | ) | |
| | ) | |
| BANK OF AMERICA, N.A., d/b/a U.S. Trust Bank of America Private Wealth Management, as successor in interest to U.S. Trust Company, N.A., | ) ) ) ) | |
| | ) | |
| Third-Party Defendant. | ) | |

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, it is this 24th day of August, 2010, hereby

**ORDERED** that U.S. Trust's Motion to Dismiss Third-Party Complaint [#20] is **GRANTED**; and it is further

**ORDERED** that defendants' Third-Party Complaint be **DISMISSED WITH PREJUDICE.**

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge